UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS CROCKETT                                                                    PETITIONER
ADC #080478

V.                              NO. 5:18-cv-00210-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                   RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT :

1. The 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 1*, is DISMISSED, WITH PREJUDICE; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 12th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE