UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| THOMAS CROCKETT<br>ADC #080478 | PETITIONER |
| V.   NO. 5:18-cv-00210-JM | |
| WENDY KELLEY, Director,<br>Arkansas Department of Correction | RESPONDENT |

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, with prejudice.

DATED this 12th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE